**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30115 |
| Plaintiff - Appellee, | D.C. No. 5:13-cr-00001-TMB-1 District of Alaska, Anchorage |
| v. | |
| JAMES ARTHUR MAVROMATIS, | ORDER |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Timothy M. Burgess, District Judge, Presiding

Submitted to Motions Panel October 27, 2014[*]

Before: O'SCANNLAIN, BERZON, and BYBEE, Circuit Judges.

Appellant James Mavromatis was charged with being a felon in possession
of a firearm, in violation of 18 U.S.C. § 922(g)(1). Following a bench trial, the
district court entered a judgment of acquittal. Based on the same incident of
possession, Mavromatis was charged in a new indictment and convicted of

_____

[*] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

possessing a firearm after previously being committed to a mental institution, in violation of 18 U.S.C. § 922(g)(4).

Appellee, the government, has filed a "motion for remand based on confession of error," because it agrees that Mavromatis's conviction pursuant to 18 U.S.C. § 922(g)(4) is barred by the Double Jeopardy Clause. The view of the Department of Justice is that Congress intended not to establish multiple offenses when the same incident of possession violates two subsections of § 922(g). The government further concedes that the Department of Justice took this position in a brief filed with the Supreme Court in 1992, when the Solicitor General agreed that § 922(g) states a single offense that supports a single conviction and sentence, rather than multiple offenses that may be charged separately. *See United States v. Munoz-Romo*, 989 F.2d 757, 758-759 (5th Cir. 1993) (summarizing the Solicitor General's position before the Supreme Court).

Accordingly, the government's motion for remand is granted.

We remand this case to the district court with instructions to vacate the conviction and dismiss the indictment.

The mandate shall issue forthwith.

**REMANDED.**

**Counsel Listing**

Rich Curtner and Noa Oren, Federal Public Defender, Anchorage, Alaska, for the defendant-appellant.

Jo Ann Farrington, Assistant United States Attorney, Karen L. Loeffler, United States Attorney, Anchorage, Alaska, for the plaintiff-appellee.